

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00129-CV

Gregory **SANCHEZ**,
Appellant

v.

**STRIPES LLC** and Stripes Convenience Store, an Assumed or Common Name,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31407
Honorable Robert Cadena, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Gregory Sanchez.

SIGNED April 26, 2017.

_____
Patricia O. Alvarez, Justice